[No. 49894-1-I. Division One. May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID D. ALEXANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-00426-6, Steven J. Mura, J., entered January 16, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 49974-2-I. Division One. May 12, 2003.]

*In the Matter of the Marriage of* MARGO R. LANGHAM, *Respondent*, and VELLE J. KOLDE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-3-05998-5, Marilyn R. Sellers, J. Pro Tem., entered September 12, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.

[No. 49991-2-I. Division One. May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08048-9, Palmer Robinson, J., entered Febuary 4, 2002. *Affirmed* and *remanded* by unpublished per curiam opinion.

[No. 50272-7-I. Division One. May 12, 2003.]

RONNIE A. CHILDS, *Appellant*, v. KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-16855-1, Gregory P. Canova, J., entered March 8, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.